CAPITAL INVESTORS CO., Appellant,

v.

Arthur R. MORRISON et al., Appellee.

James T. BENN, Appellant,

v.

Arthur R. MORRISON et al., Appellees.

Nos. 71-1923, 71-1924.

United States Court of Appeals,
Fourth Circuit.

Argued Feb. 7, 1972.

Decided Feb. 14, 1972.

Andrew W. Wood, Richmond, Va.
(James A. Baber, III, and Bremner,
Byrne & Baber, Richmond, Va., on brief),
for appellant in No. 71-1923.

C. V. Spratley, Jr., Norfolk, Va., for
appellant in No. 71-1924.

James C. McKay, Washington, D. C.,
and Joseph B. Hyman, Arlington, Va.
(Covington & Burling, Washington, D.
C., M. Patton Echols, Jr., and Echols &
Hyman, Arlington, Va., on brief), for
appellees in Nos. 71-1923 and 71-1924.

---

Before HAYNSWORTH, Chief Judge, WINTER, Circuit Judge, and CHAPMAN, District Judge.

PER CURIAM:

These appeals bring this old litigation before us for the third time. See Capital Investors Co. v. Devers, 4 Cir., 360 F.2d 462 and 387 F.2d 591, in which the general background and the nature of the case are outlined. They come now after confirmation of a sale of the Virginia lands and a final adjudication of the rights of the parties.

Upon consideration of the briefs and oral argument, we perceive no error.

Affirmed.